

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS ALBERTO PANDURO-ACOSTA,<br><br>    Defendant. | Criminal Case No. 07CR3233-DMS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about November 1, 2007, within the Southern District of California, defendant LUIS ALBERTO PANDURO-ACOSTA, did knowingly and intentionally import approximately 31.50 kilograms (approximately 63.50 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 29, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
11/29/07